CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
JOHN G. SILBERMANN, JR.
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973) 353-6094
JGS1187

March 30, 2005

*UNITED STATES DISTRICT COURT*
  *DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. FAITH S. HOCHBERG** |
| *PLAINTIFF,* | : | *Criminal No. 04-225* |
| **v.** | : | **SATISFACTION OF JUDGMENT** |
| **MARTIN HIGGINS,** | : | |
| | | **(Document filed electronically)** |
| *DEFENDANT.* | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Martin Higgins.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY


s/ JOHN G. SILBERMANN, JR.
By:   JOHN G. SILBERMANN, JR.
ASSISTANT U.S. ATTORNEY

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
JOHN G. SILBERMANN, JR.
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973) 353-6094
JGS1187

March 30, 2005

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. FAITH S. HOCHBERG** |
| *PLAINTIFF,* | : | *Criminal No. 04-225* |
| **v.** | : | **SATISFACTION OF JUDGMENT** |
| **MARTIN HIGGINS,** | : | |
| | | **(Document filed electronically)** |
| *DEFENDANT.* | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Martin Higgins.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

s/ JOHN G. SILBERMANN, JR.
By:   JOHN G. SILBERMANN, JR.
ASSISTANT U.S. ATTORNEY